**Opinion issued February 11, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-19-00767-CV**

_____

**CINCO ENERGY MANAGEMENT GROUP, LLC, Appellant**

**V.**

**LAUREN SCHALL N/K/A LAUREN KING, HAOHAN "JAMES" NIU, AND JENETTE SEARS F/K/A JENETTE WALKER, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-64058**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal.  *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.